**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
───────────────────────────────────────X

MICHAEL GREGORY

                                                                       CHAPTER 13
                                                                       CASE NO. 18-45659

                              Debtor (s)
───────────────────────────────────X

**LOSS MITIGATION STATUS REPORT**

1. This shall serve as a status report from debtor's attorney Ronald Reid, Esq. concerning the loss mitigation process as required by this court.

2. The creditor, Emigrant Savings Bank, the mortgagee of the principal mortgage on debtors home located at: 706 Halsey t, Brooklyn , NY,  has provided debtor with a loss mitigation package, said package has been completed and submitted to the creditors attorney: Jason Sakoor, Esq of Borchert & Laspina email  jsakoor@blpcny.com/

3. We have not received a response of creditors review and any request for additional documents.

4. The next court date for a status conference and confirmation is 12/17/18.

    We respectfully ask that the confirmation date be adjourned, pending the review of the documents submitted.


Date   12/12/18                                                       /s/ Ronald Reid
                                                                      Ronald Reid, Esq

                                                                    Law OFFICES OF Ronald Reid
                                                                    2425 Grand Ave,
                                                                    Baldwin, NY 11510
                                                                    ATTY@RREIDLAW.COM
                                                                    516-377-5613